**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:11-CR-158 |
| ) | |
| MAURICE MORGAN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty (DE #23) filed on May 31, 2012. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Maurice Morgan, and **FINDS** the Defendant guilty of Count 2 of the indictment.

This matter is set for sentencing on August 30, 2012, at 1:00 p.m.

DATED: June 21, 2012      /s/RUDY LOZANO, Judge
                          **United States District Court**